IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiffs,<br><br>vs.<br><br>JOSE PABLO BOJORQUEZ-QUEVEDO,<br><br>                Defendants. | **8:13CR286**<br><br>**ORDER** |

This matter is before the court on the motion to withdraw attorney, Filing No. 111. The Federal Public Defender's Office was appointed for the sole purpose of a potential reduction of sentence pursuant to Amendment 782 to the U.S. Sentencing Guidelines. The defendant received the two-level reduction benefit pursuant to Amendment 782 at sentencing and does not qualify for a further sentence reduction.

IT IS ORDERED that:

1. The motion to withdraw, Filing No. 111, is granted.

2. Kelly Steenbock and the Office of the Federal Public Defender is deemed withdrawn from further representation as to defendant Jose Pablo Bojorquez-Quevedo.

Dated this 24th day of June, 2015

                                                  BY THE COURT:

                                                  s/ Joseph F. Bataillon
                                                  Senior United States District Judge